# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALPHARMA INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV401 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PENNFIELD OIL COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to withdraw Donald E. Segal and Todd A. Harrison as counsel for the defendant (Filing No. 62). The reason for the withdrawal is that these two attorneys are no longer with the law firm Buchanan Ingersoll, P.C. The defendant continues to be represented by other counsel from Buchanan Ingersoll, P.C. and counsel from Fitzgerald, Schorr, Barmettler & Brennan, P.C. The court finds good cause exists for the withdrawal of Donald E. Segal and Todd A. Harrison as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw Donald E. Segal and Todd A. Harrison as counsel for the defendant (Filing No. 62) is granted.

2. The Clerk of Court shall stop all electronic notices to Donald E. Segal and Todd A. Harrison regarding this case.

DATED this 23rd day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge