# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHARMA. INC., ) | |
| ) | 8:03CV401 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PENNFIELD OIL COMPANY, ) | |
| d/b/a/ PENNFIELD ANIMAL HEALTH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte* following the filing of the mandate of the United States Court of Appeals for the Eighth Circuit (Filing No. 67)

Counsel for the parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and report to the court **no later than August 31, 2005.**

**IT IS SO ORDERED.**

DATED this 15th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge