# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHARMA INC., ) | |
| ) | 8:03CV401 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PENNFIELD OIL COMPANY, ) | |
| d/b/a/ PENNFIELD ANIMAL HEALTH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the plaintiff's Motion to Continue Rule 26(f) Conference and Report Until September 16, 2005 (Filing No. 69). The plaintiff asks the court to extend the deadline for the parties to confer pursuant to Fed. R. Civ. P. 26(f) and report to the court from August 31, 2005, to September 16, 2005. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The plaintiff's Motion to Continue Rule 26(f) Conference and Report Until September 16, 2005 (Filing No. 69) is granted.

2. Counsel for the parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and report to the court **no later than September 16, 2005.**

Dated this 22nd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge