# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALPHARMA INC.,** | ) | |
| | ) | **8:03CV401** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **PENNFIELD OIL COMPANY,** | ) | |
| **d/b/a/ PENNFIELD ANIMAL HEALTH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's Motion for Reconsideration of Court's Grant of Pennfield's Motion for Enlargement of Time (Filing No. 74). The plaintiff's motion is denied.

**IT IS SO ORDERED.**

DATED this 15th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge