# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALPHARMA INC., <br> A Delaware Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 8:03CV401 |
| vs. | ) <br> ) | ORDER |
| PENNFIELD OIL COMPANY, <br> d/b/a PENNFIELD ANIMAL HEALTH, <br> A Nebraska Corporation, and | ) <br> ) <br> ) <br> ) | |
| Defendant and <br> Third-Party Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) <br> ) | |
| BOEHRINGER INGELHEIM <br> VETMEDICA, INC., <br> A Delaware Corporation, | ) <br> ) <br> ) <br> ) | |
| Third-Party Defendant. | ) | |

This matter is before the court after a planning conference with counsel for the parties on May 11, 2006. The Third-Party Defendant was recently served with the Third-Party Complaint, but has not yet filed an answer nor has counsel entered an appearance. Accordingly, the plaintiff and the defendant seek time to confer with the new party to file an amended Rule 26(f) planning report before a progression order is entered in this case. The parties' request is granted. The parties shall have to **on or before June 23, 2006**, to file an amended Rule 26(f) planning report.

**IT IS SO ORDERED.**

DATED this 11th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge