# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALPHARMA INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV401 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PENNFIELD OIL COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to withdraw of Jeremy W. Brewer as counsel for the plaintiff (Filing No. 154). The plaintiff continues to be represented by counsel from Mr. Brewer's law firm. The court finds good cause exists for the withdrawal, as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw of Jeremy W. Brewer as counsel for the plaintiff (Filing No. 154) is granted.

2. The Clerk of Court shall stop all electronic notices to Jeremy W. Brewer regarding this case.

DATED this 2nd day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge