# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALPHARMA INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV401 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PENNFIELD OIL COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to withdraw of John H. Korns and Edward J. Allera as counsel for the defendant (Filing Nos. 156 and 157). The defendant continues to be represented by other counsel. The court finds good cause exists for the withdrawals, as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw of John H. Korns and Edward J. Allera as counsel for the defendant (Filing Nos. 156 and 157) are granted.

2. The Clerk of Court shall stop all electronic notices to John H. Korns and Edward J. Allera regarding this case.

DATED this 12th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge