IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALPHARMA INC., a Delaware Corporation., | ) | |
| | ) | Civil Action No. 8:03CV401 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| PENNFIELD OIL COMPANY d/b/a | ) | |
| PENNFIELD ANIMAL HEALTH, a | ) | |
| Nebraska Corporation, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| And | ) | |
| | ) | |
| PENNFIELD OIL COMPANY d/b/a | ) | |
| PENNFIELD ANIMAL HEALTH, a | ) | |
| Nebraska Corporation, | ) | |
| | ) | |
| Third-Party Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BOEHRINGER INGELHEIM | ) | |
| VETMEDICA, INC., a Delaware | ) | |
| Corporation | ) | |
| | ) | |
| Third-Party Defendant | ) | |
| | ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter came before the Court on a Joint Stipulation for Dismissal Without Prejudice
between PennField Oil Company d/b/a PennField Animal Health ("PennField"), Defendant and
Third-Party Plaintiff, and Boehringer Ingelheim Vetmedica, Inc. ("BIVI"), Third-Party
Defendant.  Having reviewed the Motion, the Court finds that it should be granted.  Therefore, it
is hereby ordered that the Third-Party Complaint against BIVI shall be and is hereby dismissed
without prejudice.

IT IS SO ORDERED.

Dated this 12th day of September, 2007.

s/ Joseph F. Bataillon
United States Judge