IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALPHARMA INC., a Delaware Corporation, | ) ) ) | Civil Action No. 8:03CV401 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PENNFIELD OIL COMPANY d/b/a PENNFIELD ANIMAL HEALTH, a Nebraska Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter came before the Court on an Unopposed Motion to Strike Paragraph 5 of the Prayer for Relief Contained in Plaintiff, Alpharma, Inc.'s ("Alpharma") Complaint (Docket No. 1). Having reviewed the Motion, the Court finds that it should be granted. Therefore, IT IS HEREBY ORDERED that Paragraph 5 of Alpharma's Prayer for Relief is stricken from the Complaint in this case.

IT IS SO ORDERED.

DATED this 4th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon

Chief District Court Judge