# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALPHARMA INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV401 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PENNFIELD OIL COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Pennfield Oil Company's Motion for Leave to Issue Subpoena Duces Tecum, Request for Hearing, and Request for Expedited Consideration (Filing No. 242). Pursuant to NECivR 45.1(c) the matter shall be set for **telephonic hearing on June 16, 2008, at 2:30 p.m.** with the undersigned magistrate judge. Counsel for Pennfield Oil Company shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 9th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge