# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALPHARMA INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV401 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PENNFIELD OIL COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after the June 16, 2008 hearing on several motions filed by the parties. For the reasons stated on the record,

**IT IS ORDERED:**

1. Alpharma, Inc.'s Motion to Extend Time to File the Attached Motion for Summary Judgment on Defendant PennField's Counterclaims (Filing No. 235) is denied.

2. Pennfield Oil Company's Motion for Leave to Issue Subpoena Duces Tecum, Request for Hearing, and Request for Expedited Consideration (Filing No. 242) is denied.

3. Alpharma, Inc.'s Motion for Protective Order to Limit Discovery (Filing No. 256) is granted.

4. Pennfield Oil Company's Motion Seeking Relief From or Modification of Protective Order (Filing No. 266) is denied.

DATED this 16th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge