IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPHARMA INC., a Delaware Corporation., ) <br> ) <br> Plaintiff and Counterdefendant, ) <br> vs. ) <br> ) <br> PENNFIELD OIL COMPANY d/b/a PENNFIELD) <br> ANIMAL HEALTH, a Nebraska Corporation, ) <br> ) <br> Defendant and Counterclaimant. ) <br> ) | Civil Action No. 8:03CV401 |

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on a Stipulation for Voluntary Dismissal with Prejudice between Alpharma Inc. ("Alpharma"), Plaintiff and Counterdefendant, and PennField Oil Company d/b/a PennField Animal Health ("PennField"), Defendant and Counterclaimant. Having reviewed the Motion, the Court finds that it should be granted. Therefore, it is hereby ordered that the above-captioned matter, including all claims asserted by Plaintiff and Counterdefendant Alpharma and all claims asserted by Defendant and Counterclaimant PennField, shall be and is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this 15th day of July, 2008.

s/ Joseph F. Bataillon
Hon. Joseph F. Bataillon
United States District Judge